# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| RODERICK MCGEE, ) | |
| ) | Case No. 1:25-cv-304 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Michael J. Dumitru |
| CHASITY CAIN, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

# ORDER

On January 30, 2026, U.S. Magistrate Judge Michael J. Dumitru filed a report and recommendation that the Court dismiss Plaintiff's claims and close this case (Doc. 10). No party filed a timely objection to the report and recommendation.

After reviewing the report and recommendation, the Court agrees with Magistrate Judge Dumitru's well-reasoned conclusions. Accordingly, the Court **ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 10). Plaintiff's claims are **DISMISSED without prejudice**. Accordingly, the Clerk is **DIRECTED** to **CLOSE** the case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**